JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JAMES T. CHOU (CSBN 142123)
SHAWNA YEN (CSBN 224447)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel:     (408) 535-5054 or
         (415) 436-7159/6867
Fax:    (408) 535-5066 (facsimile)
Email:  Jim.Chou@usdoj.gov
        Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

FILED

MAY - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>VU NGUYEN VU,<br><br>            Defendant. | No. CR 01-20154<br><br>[~~PROPOSED~~] DETENTION ORDER RE:<br>MATERIAL WITNESS JUAN CORONA |

     A detention hearing on material witness Juan Corona was held on May 5, 2008 before this Court. A material witness warrant had been executed on April 16, 2008 on Mr. Corona to secure his testimony in the trial of the above-captioned matter, which was scheduled to begin on April 25, 2008. A material witness warrant was necessary to secure Mr. Corona's testimony at trial, because Mr. Corona is a deportable alien, and an INS detainer has been lodged against him.

     On April 23, 2008, the trial of Vu Nguyen Vu was vacated, pending the Bureau of Prisons' evaluation of the defendant's mental competency to stand trial. A status hearing is set for June 25, 2008 before Judge Fogel regarding this latter issue.

[Proposed] Detention Order

At the May 5, 2008 detention hearing before this Court, the government requested that Mr. Corona be detained until such time as his deposition can be taken pursuant to Rule 15 of the Federal Rules of Criminal Procedure. The government has represented, and it is not disputed, that according to Immigration and Customs Enforcement, Mr. Corona is an aggravated felon who is subject to mandatory detention and deportation if he were released under any conditions, including a halfway house. Furthermore, it is undisputed that a Rule 15 deposition is not immediately possible. Accordingly,

IT IS HEREBY ORDERED that Mr. Corona is detained and shall remain in the custody of the United States Marshals until a Rule 15 deposition can be taken of him, and until Mr. Corona has signed the deposition;

IT IS FURTHER ORDERED that once Mr. Corona has signed the Rule 15 deposition, that he is to be released from the custody of the United States Marshals;

IT IS FURTHER ORDERED that the United States shall request that the Marshals have Mr. Corona transferred to FCI-Dublin or another lower-security facility as soon as possible; and

Finally, IT IS FURTHER ORDERED that a further status hearing is set for June 26, 2008 at 11:00 a.m. before this Court.

IT IS SO ORDERED.

Dated this 7 day of May, 2008.

THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge