1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES T. CHOU (CABN 142123)
   SHAWNA YEN (CABN 224447)

5  Assistant United States Attorneys

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113

7     Telephone: (408) 535-5054
      Facsimile: (408) 535-5066

8     Email:    Jim.Chou@usdoj.gov
                Shawna.Yen2@usdoj.gov

9

10 Attorneys for Plaintiff

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,        )    CR 01-20154 JF
                                    )
15            Plaintiff,            )    STIPULATION TO CONTINUE
                                    )    COMPETENCY HEARING AND
16    v.                            )    [PROPOSED] ORDER
                                    )
17 VU NGUYEN VU,                    )
                                    )
18            Defendant.            )
                                    )
19 _____ )

20

21     This case is set on this Court's calendar for September 24, 2008 at 10:00 a.m. for a

22 hearing on the defendant's mental competency to stand trial.

23     It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S.

24 Attorneys James T. Chou and Shawna Yen, and counsel for the Defendant Vu Nguyen Vu,

25 James McNair Thompson, Esq., that the date set for the competency hearing be continued from

26 September 24, 2008 to November 5, 2008 at 10:00 a.m.

27     This continuance is necessary because Dr. Lisa Hope, the forensic psychologist at the

28 Bureau of Prisons who evaluated Mr. Vu, is not available to testify on September 24, 2008.  The

1   November 5, 2008 date was chosen both to accommodate Dr. Hope's schedule and to allow the

2   defense adequate time to have its own mental expert complete an evaluation of Mr. Vu's

3   competency.

4          Accordingly, the parties stipulate and agree to put this matter over to November 5, 2008

5   at 10:00 a.m. for a hearing on defendant Vu Nguyen Vu's competency to stand trial.

6          The parties further stipulate that the period of time from September 24, 2008 through and

7   including November 5, 2008 shall be excluded from the period of time within which trial must

8   commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United

9   States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay

10  resulting from any proceeding, including any examinations, to determine the mental competency

11  or physical capacity of the defendant;" and pursuant to Section 3161(h)(8)(A), considering the

12  factors set forth in Section 3161(h)(8)(B), because the ends of justice served by this continuance

13  outweigh the best interests of the public and the defendant in a speedy trial.

14

15     It is so stipulated.

16                                          Respectfully submitted,

17  Dated: September 4, 2008               JOSEPH P. RUSSONIELLO
                                           UNITED STATES ATTORNEY
18
                                                    /S/
19                                         _____
                                           JAMES T. CHOU
20                                         SHAWNA YEN
                                           Assistant U.S. Attorneys
21
    Dated: September 4, 2008
22
                                                    /S/
23                                         _____
                                           JAMES McNAIR THOMPSON, ESQ.
24                                         Attorney for Vu Nguyen Vu

25

26

27

28

                                           2

1   JOSEPH P. RUSSONIELL0 (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   JAMES T. CHOU (CABN 142123)
    SHAWNA YEN (CABN 224447)

5   Assistant United States Attorneys

6       150 Almaden Blvd., Suite 900
        San Jose, California 95113

7       Telephone: (408) 535-5054
        Facsimile: (408) 535-5066

8       Email:    Jim.Chou@usdoj.gov
                  Shawna.Yen2@usdoj.gov

9

    Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14   UNITED STATES OF AMERICA,        )    CR 01-20154 JF
                                      )
15            Plaintiff,              )    [PROPOSED] ORDER TO CONTINUE
                                      )    COMPETENCY HEARING
16      v.                            )
                                      )
17   VU NGUYEN VU,                    )
                                      )
18            Defendant.              )
                                      )
19   _____)

20          Based on the stipulation of the parties and for good cause shown,

21          IT IS HEREBY ORDERED that the competency hearing for defendant Vu Nguyen Vu is

22   continued from September 24, 2008 to November 5, 2008 at 10:00 a.m.

23          IT IS FURTHER ORDERED that the period of time from September 24, 2008 through

24   and including November 5, 2008 shall be excluded from the period of time within which trial

25   must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18,

26   United States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any

27   "delay resulting from any proceeding, including any examinations, to determine the mental

28

                                          3

1  competency or physical capacity of the defendant;" and Section 3161(h)(8)(A), considering the

2  factors set forth in Section 3161(h)(8)(B).  The Court finds that the ends of justice served by this

3  continuance outweigh the best interests of the public and the defendant in a speedy trial for the

4  following reasons:

5  The additional time is necessary to ensure the availability at the
   hearing of Dr. Hope, the forensic psychologist at the Bureau of
6  Prisons who evaluated the defendant's mental competency.  The
   additional time is also required for a mental expert retained by the
7  defense to complete an evaluation of Mr. Vu's competency.

8  For the foregoing reasons, the Court finds that the interests of justice in granting this

9  continuance outweigh the defendant's and the public's interests in a speedy trial.

10

11  Dated this __8th__ day of September, 2008.

12

13  _____

14  JEREMY FOGEL
   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4