JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jim.Chou@usdoj.gov
             Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS HEARING ON DEFENDANT'S COMPETENCY AND [PROPOSED] ORDER |
| v. | ) | |
| VU NGUYEN VU, | ) | |
| Defendant. | ) | |

On November 17, 2008, the Court filed an Order of Hospitalization of Defendant, directing that Mr. Vu be committed to the custody of the Attorney General, and directing that "the Attorney General hospitalize Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward." In addition, the Court's Order provided that "By the end of the term of treatment, which is not to exceed four months, the director of the facility where the Defendant is hospitalized shall prepare a report to the Court, with copies to the parties,

concerning the mental condition of Defendant and the prognosis for the Defendant's restoration to competency, as well as any recommendations concerning what steps would assist in restoring the Defendant to competency."

This case is set on this Court's calendar for March 11, 2009 at 10:00 a.m. for a hearing on the defendant's mental competency to stand trial.

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorneys James T. Chou and Shawna Yen, and counsel for the Defendant Vu Nguyen Vu, James McNair Thompson, Esq., that the date set for the competency hearing be continued from March 11, 2009 to August 5, 2009 at 10:00 a.m.

This continuance is necessary because government counsel learned on February 26, 2009 that Mr. Vu has not yet been transported to a Federal Medical Center for treatment. Accordingly, no report has been prepared by a treating physician regarding Mr. Vu's mental status or progress toward achieving competency for trial. The Marshals have indicated that Mr. Vu can be transported out of the Santa Clara Main Jail by March 13, 2009. The time requested by the parties will allow for Mr. Vu to be transported to a Federal Medical Center, for a physician at the FMC to evaluate and treat Mr. Vu, and for the treating physician to submit a report on Mr. Vu's mental condition, prognosis, and any recommendation for further treatment, to the Court and to the parties.

Accordingly, the parties stipulate and agree to put this matter over to August 5, 2009 at 10:00 a.m. for a status hearing on defendant Vu Nguyen Vu's competency to stand trial.

The parties further stipulate that the period of time from March 11, 2009 through and including August 5, 2009 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant;" and pursuant to Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), because the ends of justice served by this continuance

outweigh the best interests of the public and the defendant in a speedy trial.

It is so stipulated.

                                              Respectfully submitted,

Dated: February 27, 2009         JOSEPH P. RUSSONIELLO
                                            UNITED STATES ATTORNEY

                                            _____
                                            JAMES T. CHOU
                                            SHAWNA YEN
                                            Assistant U.S. Attorneys

Dated: February 27, 2009

                                            _____
                                            JAMES McNAIR THOMPSON, ESQ.
                                            Attorney for Vu Nguyen Vu

JOSEPH P. RUSSONIELL0 (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jim.Chou@usdoj.gov
               Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE COMPETENCY HEARING |
| v. | ) | |
| VU NGUYEN VU, | ) | |
| Defendant. | ) | |

     Based on the stipulation of the parties and for good cause shown,

     IT IS HEREBY ORDERED that the competency hearing for defendant Vu Nguyen Vu is continued from March 11, 2009 to August 5, 2009 at 10:00 a.m.

     IT IS FURTHER ORDERED that the period of time from March 11, 2009 through and including August 5, 2009 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay resulting from any proceeding, including any examinations, to determine the mental competency

1  or physical capacity of the defendant;" and Section 3161(h)(8)(A), considering the factors set
2  forth in Section 3161(h)(8)(B).  The Court finds that the ends of justice served by this
3  continuance outweigh the best interests of the public and the defendant in a speedy trial for the
4  following reasons:

> The additional time is necessary to allow for Mr. Vu to be transported to a Federal Medical Center for treatment, for a physician at the FMC to evaluate and treat Mr. Vu, and for the treating physician to submit a report on Mr. Vu's mental condition, prognosis, and any recommendation for further treatment, to the Court and to the parties.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this __4th__ day of ~~February~~ March, 2009.

_____
JEREMY FOGEL
United States District Judge