JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jim.Chou@usdoj.gov
              Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 01-20154 JF |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS HEARING ON DEFENDANT'S |
| v. ) | COMPETENCY AND [PROPOSED] |
| ) | ORDER |
| VU NGUYEN VU, ) | |
| ) | |
| Defendant. ) | |

     This matter is set for a competency hearing on August 5, 2009 at 10:00 a.m.

     By letter dated April 29, 2009, the Federal Medical Center at Butner advised the parties that Vu Nguyen Vu had been admitted to the Mental Health Unit of that facility on April 28, 2009 pursuant to 18 U.S.C. § 4241(d). The Warden calculated that the evaluation period would be completed by August 25, 2009, and that a final report would be to the court within 14 working days of the end date of the evaluation, that is, by September 14, 2009.

     Given that the final report on Mr. Vu's competency is not expected until September 14, 2009, the parties stipulate and agree to put this matter over from August 5, 2009 at 10:00 a.m. to

1  September 30, 2009 at 10:00 a.m. for a status hearing on defendant Vu Nguyen Vu's competency
2  to stand trial.
3       The parties further stipulate that the period of time from August 5, 2009 through and
4  including September 30, 2009 shall be excluded from the period of time within which trial must
5  commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United
6  States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay
7  resulting from any proceeding, including any examinations, to determine the mental competency
8  or physical capacity of the defendant;" and pursuant to Section 3161(h)(8)(A), considering the
9  factors set forth in Section 3161(h)(8)(B), because the ends of justice served by this continuance
10 outweigh the best interests of the public and the defendant in a speedy trial.

    It is so stipulated.

                                          Respectfully submitted,

Dated: May 9, 2009                        JOSEPH P. RUSSONIELLO
                                          UNITED STATES ATTORNEY


                                          _____/S/_____
                                          JAMES T. CHOU
                                          SHAWNA YEN
                                          Assistant U.S. Attorneys

Dated: May 9, 2009

                                          _____/S/_____
                                          JAMES McNAIR THOMPSON, ESQ.
                                          Attorney for Vu Nguyen Vu

JOSEPH P. RUSSONIELL0 (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jim.Chou@usdoj.gov
             Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 01-20154 JF |
|        Plaintiff, ) ) | [PROPOSED] ORDER TO CONTINUE COMPETENCY HEARING |
|   v. ) ) | |
| VU NGUYEN VU, ) ) | |
|        Defendant. ) ) | |

      Based on the stipulation of the parties and for good cause shown,

      IT IS HEREBY ORDERED that the competency hearing for defendant Vu Nguyen Vu is continued from August 5, 2009 to September 30, 2009 at 10:00 a.m.

      IT IS FURTHER ORDERED that the period of time from August 5, 2009 through and including September 30, 2009 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay resulting from any proceeding, including any examinations, to determine the mental competency

or physical capacity of the defendant;" and Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:

> The additional time is necessary to allow for the Federal Medical Center to complete its treatment and evaluation of Mr. Vu, and for the treating physician to submit a report on Mr. Vu's mental condition, prognosis, and any recommendation for further treatment, to the Court and to the parties.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 12th day of May, 2009.

_____
JEREMY FOGEL
United States District Judge