MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
JEFFREY B.SCHENK (CABN 234355)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel:   (408) 535-5054 or
       (408) 535-2695
Fax:   (408) 535-5066 (facsimile)
Email: Shawna.Yen2@usdoj.gov
Email: Jeffrey.b.Schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 01-20154 JF |
| ) | |
| Plaintiff, ) | STIPULATION TO VACATE |
| ) | THE TRIAL DATE AND SET MAY 6, |
| v. ) | 2011 AS A TRIAL-SETTING |
| ) | CONFERENCE AND [PROPOSED] |
| VU NGUYEN VU, ) | ORDER |
| ) | |
| Defendant. ) | |

      This matter is set for trial June 10, 2011.  A final pretrial conference is scheduled for May 6, 2011.  For the following reasons, the parties stipulate to vacate the current trial date of June 10, 2011 and to return on May 6, 2011 for a trial-setting conference rather than a final pretrial conference.

      By Order of March 15, 2011, this Court ordered that the defendant Vu Nguyen Vu be referred to the Bureau of Prisons to determine Mr. Vu's competency to stand trial.  A status

Stipulation to Vacate Trial Date
CR 01-20154 JF

1  hearing on Mr. Vu's competency is set for May 6, 2011 at 11:00 a.m.   It is expected that Mr. Vu
2  will be transported to MDC-LA in the near future and will remain there until he is transported
3  back for the May 6, 2011 court hearing.
4     Because Mr. Vu's competency to stand trial will not be finally determined until May 6,
5  2011, he will be unavailable to assist in the preparation of his defense until at least that date.
6  Defense counsel will be unable to consult with Mr. Vu, who will be physically relocated to
7  MDC-LA up until shortly before May 6, 2011, for purposes of preparing pretrial documents as
8  well as preparing for Mr. Vu's defense at trial.
9     Accordingly, the parties stipulate that the June 10, 2011 trial date be vacated, and that the
10 May 6, 2011 date be deemed a competency hearing and trial-setting conference rather than a final
11 pretrial conference for this case.
12    The parties further stipulate that the period of time from March 15, 2011 through and
13 including May 6, 2011 shall be excluded from the period of time within which trial must
14 commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United
15 States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay
16 resulting from any proceeding, including any examinations, to determine the mental competency
17 or physical capacity of the defendant;" and pursuant to Section 3161(h)(8)(A), considering the
18 factors set forth in Section 3161(h)(8)(B), because the ends of justice served by this continuance
19 outweigh the best interests of the public and the defendant in a speedy trial.
20    It is so stipulated.

21                                            Respectfully submitted,
22 Dated: March 24, 2011                      MIRANDA KANE
                                              UNITED STATES ATTORNEY
23                                                         /S/
                                              _____
24                                            SHAWNA YEN
                                              JEFFREY B. SCHENK
25                                            Assistant U.S. Attorneys
   Dated: March 24, 2011                                   /S/
26                                            _____
                                              JAMES McNAIR THOMPSON, ESQ.
27                                            Attorney for Vu Nguyen Vu
28 Stipulation to Vacate Trial Date
   CR 01-20154 JF                    2

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SHAWNA YEN (CABN 224447)
   JEFFREY B.SCHENK (CABN 234355)
5  Assistant United States Attorneys

6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
7  Tel:   (408) 535-5054 or
          (408) 535-2695
8  Fax:   (408) 535-5066 (facsimile)
   Email: Shawna.Yen2@usdoj.gov
9  Email: Jeffrey.b.Schenk@usdoj.gov

10 Attorneys for Plaintiff

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,        )    CR 01-20154 JF
                                    )
15         Plaintiff,                )    [PROPOSED] ORDER TO VACATE
                                    )    THE TRIAL DATE AND SET MAY 6,
16    v.                            )    2011 AS A TRIAL-SETTING
                                    )    CONFERENCE AND   [PROPOSED]
17 VU NGUYEN VU,                    )    ORDER
                                    )
18         Defendant.                )
                                    )
19 _____ )

20     Based on the stipulation of the parties and for good cause shown,

21     IT IS HEREBY ORDERED that the current trial date of June 10, 2011 is vacated.

22     IT IS FURTHER ORDERED that the final pretrial conference, which is currently set for

23 May 6, 2011, is also vacated.  Instead the court appearance on May 6, 2011 at 11:00 a.m. will be

24 for a competency hearing and for a trial-setting conference.

25     IT IS FURTHER ORDERED that the period of time from March 15, 2011 through and

26 including May 6, 2011 shall be excluded from the period of time within which trial must

27

28 Stipulation to Vacate Trial Date
   CR 01-20154 JF                         3

1   commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United
2   States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay
3   resulting from any proceeding, including any examinations, to determine the mental competency
4   or physical capacity of the defendant;" and Section 3161(h)(8)(A), considering the factors set
5   forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this
6   continuance outweigh the best interests of the public and the defendant in a speedy trial for the
7   following reasons:

> The additional time is necessary to allow for MDC-LA to complete its evaluation of Mr. Vu, and for Mr. Vu's competency to be determined in order to allow him to effectively assist in his own defense at trial.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 29th day of March, 2011.

_____
JEREMY FOGEL
United States District Judge