MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel:    (408) 535-5054 or
        (408) 535-2695
Fax:    (408) 535-5066 (facsimile)
Email: Shawna.Yen2@usdoj.gov
Email: Jeffrey.b.Schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | COMPETENCY HEARING AND TRIAL SETTING CONFERENCE AND |
| | ) | [PROPOSED] ORDER |
| VU NGUYEN VU, | ) | |
| Defendant. | ) | |

      This matter is set for trial May 6, 2011 for a competency hearing and trial-setting conference.  For the following reasons, the parties stipulate to continue this hearing and trial setting date to June 3, 2011 at 10:00 a.m.

      In March of 2010, Mr. Vu was sent to MDC-LA to be evaluated for his competency for trial.  On April 20, 2011, the evaluating physician Dr. Lisa Hope advised that she would require additional time to complete the report of Mr. Vu's mental status.  She said that she could

Stipulation to Continue Competency Hearing
CR 01-20154 JF

1  complete the report by May 20, 2011 and would be able to appear in person for a competency
2  hearing on June 3, 2011.
3      Accordingly, the parties stipulate to continue the May 6, 2011 competency hearing and
4  trial-setting conference to June 3, 2011 at 10:00 a.m.
5      The parties further stipulate that the period of time from May 6, 2011 through and
6  including June 3, 2011 shall be excluded from the period of time within which trial must
7  commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United
8  States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay
9  resulting from any proceeding, including any examinations, to determine the mental competency
10 or physical capacity of the defendant;" and pursuant to Section 3161(h)(8)(A), considering the
11 factors set forth in Section 3161(h)(8)(B), because the ends of justice served by this continuance
12 outweigh the best interests of the public and the defendant in a speedy trial.
13     It is so stipulated.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 21, 2011 | MELINDA HAAG<br>UNITED STATES ATTORNEY |
|  | _____/s/_____<br>SHAWNA YEN<br>JEFFREY B. SCHENK<br>Assistant U.S. Attorneys |
| Dated: April 21, 2011 | _____/s/_____<br>JAMES McNAIR THOMPSON, ESQ.<br>Attorney for Vu Nguyen Vu |

Stipulation to Continue Competency Hearing
CR 01-20154 JF                         2

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
JEFFREY B.SCHENK (CABN 234355)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel:   (408) 535-5054 or
       (408) 535-2695
Fax:   (408) 535-5066 (facsimile)
Email: Shawna.Yen2@usdoj.gov
Email: Jeffrey.b.Schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 01-20154 JF |
| Plaintiff, ) | [PROPOSED] ORDER TO CONTINUE COMPETENCY HEARING AND TRIAL-SETTING CONFERENCE |
| v. ) | |
| VU NGUYEN VU, ) | |
| Defendant. ) | |

Based on the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the competency hearing and trial-setting conference, which is currently set for May 6, 2011, is hereby continued to June 9, 2011 at 10:00 a.m.

IT IS FURTHER ORDERED that the period of time from May 6, 2011 through and including June 9, 2011 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay

1  resulting from any proceeding, including any examinations, to determine the mental competency
2  or physical capacity of the defendant;" and Section 3161(h)(8)(A), considering the factors set
3  forth in Section 3161(h)(8)(B).  The Court finds that the ends of justice served by this
4  continuance outweigh the best interests of the public and the defendant in a speedy trial for the
5  following reasons:

>  The additional time is necessary to allow for MDC-LA to complete its evaluation of Mr. Vu, and for Mr. Vu's competency to be determined in order to allow him to effectively assist in his own defense at trial.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this  25th  day of April, 2011.

_____
JEREMY FOGEL
United States District Judge

Stipulation to Continue Competency Hearing
CR 01-20154 JF                                    4