MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel:    (408) 535-5054 or
        (408) 535-2695
Fax:   (408) 535-5066 (facsimile)
Email: Shawna.Yen2@usdoj.gov
Email: Jeffrey.b.Schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 01-20154 JF |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | COMPETENCY HEARING AND TRIAL SETTING CONFERENCE AND |
| ) | [PROPOSED] ORDER |
| VU NGUYEN VU, ) | |
| Defendant. ) | |

This matter is set for June 23, 2011 at 10:00 a.m. for a competency hearing and trial-setting conference.  For the following reasons, the parties stipulate to continue this hearing and trial setting date to August 4, 2011 at 10:00 a.m.

This continuance is necessary because subsequent to the last application for a continuance of the competency hearing, Dr. Hope advised that she would need to have a court order to obtain Mr. Vu's medical records from the Santa Clara County Jail.  The court order has been issued, but

Stipulation to Continue Competency Hearing
CR 01-20154 JF

1  Dr. Hope has not yet received the medical records.  She will need the additional time to receive
2  and review the records, as well as consult with the medical staff at the Santa Clara County Jail
3  regarding Mr. Vu, before she will be able to complete her report of Mr. Vu's mental status.
4      Accordingly, the parties stipulate to continue the June 23, 2011 competency hearing and
5  trial-setting conference to August 4, 2011 at 10:00 a.m.
6      The parties further stipulate that the period of time from June 23, 2011 through and
7  including August 4, 2011 shall be excluded from the period of time within which trial must
8  commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United
9  States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay
10 resulting from any proceeding, including any examinations, to determine the mental competency
11 or physical capacity of the defendant;" and pursuant to Section 3161(h)(8)(A), considering the
12 factors set forth in Section 3161(h)(8)(B), because the ends of justice served by this continuance
13 outweigh the best interests of the public and the defendant in a speedy trial.
14     It is so stipulated.

                                            Respectfully submitted,

Dated: June 20, 2011                        MELINDA HAAG
                                            UNITED STATES ATTORNEY

                                            /S/
                                            _____
                                            SHAWNA YEN
                                            JEFFREY B. SCHENK
                                            Assistant U.S. Attorneys


Dated: June 20, 2011                                   /S/
                                            _____
                                            JAMES McNAIR THOMPSON, ESQ.
                                            Attorney for Vu Nguyen Vu

Stipulation to Continue Competency Hearing
CR 01-20154 JF                              2

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
JEFFREY B.SCHENK (CABN 234355)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel:   (408) 535-5054 or
       (408) 535-2695
Fax:   (408) 535-5066 (facsimile)
Email: Shawna.Yen2@usdoj.gov
Email: Jeffrey.b.Schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-20154 JF |
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE COMPETENCY HEARING AND TRIAL-SETTING CONFERENCE |
| v. | ) | |
| VU NGUYEN VU, | ) | |
| Defendant. | ) | |

    Based on the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that the competency hearing and trial-setting conference, which is currently set for June 23, 2011, is hereby continued to August 4, 2011 at 10:00 a.m.

    IT IS FURTHER ORDERED that the period of time from June 23, 2011 through and including August 4, 2011 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(A), which provides for the exclusion of time for any "delay

1  resulting from any proceeding, including any examinations, to determine the mental competency
2  or physical capacity of the defendant;" and Section 3161(h)(8)(A), considering the factors set
3  forth in Section 3161(h)(8)(B).  The Court finds that the ends of justice served by this
4  continuance outweigh the best interests of the public and the defendant in a speedy trial for the
5  following reasons:

> The additional time is necessary to allow for MDC-LA to complete its evaluation of Mr. Vu, and for Mr. Vu's competency to be determined in order to allow him to effectively assist in his own defense at trial.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this  22nd  day of June, 2011.

_____
JEREMY FOGEL
United States District Judge