JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>VU NGUYEN VU,<br><br>    Defendant | Case No.: CR 01-20154 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING<br>DATE |

      This matter is set for hearing on August 4, 2011 at 10:00 a.m. before the Hon. Jeremy Fogel;  For the following reasons, the parties stipulate to vacate the current hearing date of August 4, 2011 and reset the matter for August 11, 2011 at 10:00 a.m.

      Defendant's counsel, James McNair Thompson, will be unavailable to make any court appearances on August 4, 2011 because of family commitments.

      The parties further stipulate that the period from August 4, 2011 to August 11, 2011 should be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq for continuity of counsel.

1   So stipulated:

2                           Respectfully submitted,

3

4   Dated: March 24, 2011                    MELINDA HAAG
                                             UNITED STATES ATTORNEY
5
                                             /S/
6                                            _____
7                                            SHAWNA YEN
                                             JEFFREY B. SCHENK
8                                            Assistant U.S. Attorneys

9

10  Dated: March 24, 2011 /S/

11
                                             _____
12                                           JAMES McNAIR THOMPSON, ESQ.
                                             Attorney for Vu Nguyen Vu
13

14                        [PROPOSED] ORDER

15      GOOD CAUSE THEREFORE APPEARING, IT IS ORDERED that the

16  hearing set for August 4, 2011 at 10:00 a.m. is continued to August 11, 2011 at

17  10:00 a.m.

18  Dated:  8/4/11                           _____
19                                           Jeremy Fogel
                                             United States District Judge
20