1  JAMES McNAIR THOMPSON
   SBN 67807
2  LAW OFFICES OF JAMES McNAIR THOMPSON
   PO BOX 636
3  LOS GATOS CA 95031
   (408) 358-6047

4                UNITED STATES DISTRICT COURT

5                NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
6

7

8   UNITED STATES OF CALIFORNIA,    )
                                    )
9            Plaintiff,             )  Case No.: CR 01-20154 JF
                                    )
10                                  )  STIPULATION AND [PROPOSED]
      vs.                           )  ORDER
11                                  )
                                    )
12  VU NGUYEN VU,                   )
                                    )
13           Defendant              )
                                    )
14

15
        On March 10, 2011, the parties appeared before this Court for a further
16
    status review. At this hearing, the Court, at the request of the parties, referred the
17
    defendant for a psychological examination. On March 14, 2011, the Court signed an
18
    order referring the defendant to the Metropolitan Detention Center in Los Angeles
19
    (MDC-LA), California or another Bureau of Prisons facility in California for the
20
    examination.
21
        Dr. Lisa Hope, a Forensic Psychologist at the MDC-LA, is currently prepared
22
    a written report in August 2011.  A hearing on that report has been continued from
23
    time to time, and now is set for May 25, 2012 at 1:30 p.m. Dr. Hope will testify at
24
    that time concerning her evaluation reflected in the August 2011 report, and her
25

1  then current assessment.  In order to assist Dr. Hope's evaluation, she has
2  requested access to the defendant's psychological, psychiatric, and medical records
3  maintained at the Santa Clara County Main Jail to the extent those records reflect
4  any entry after August 1, 2011.
5       Therefore the parties stipulate that good cause exists for the attached Order
6  directing the Santa Clara Main Jail to provide copies of the defendant's
7  psychological, psychiatric, and medical records to Dr. Lisa Hope at the MDC-LA.
8  Respectfully submitted,

Dated: May 8, 2012                             MELINDA HAAG
                                               UNITED STATES ATTORNEY

                                               __/s/_____
                                               Gary Fry
                                               Assistant U.S. Attorney

Dated: May 8, 2012                             _____
                                               James McNair Thompson
                                               Attorney for Defendant Vu

<pre>
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       NORTHERN DISTRICT OF CALIFORNIA
                               SAN JOSE DIVISION
10
11
12                                          )
    UNITED STATES OF CALIFORNIA,             )
13                                          )   Case No.: CR 01-20154 JF
              Plaintiff,                     )
14                                          )   [PROPOSED] ORDER TO RELEASE
         vs.                                 )   PSYCHOLOGICAL, PSYCHIATRIC,
15                                          )   AND MEDICAL RECORDS TO MDC-
    VU NGUYEN VU,                            )   LA FORENSIC PSYCHOLOGIST
16                                          )
                                            )
17            Defendant                      )
                                            )
18
</pre>

19      Based on the stipulation of the parties, and for good cause shown,

20      **IT IS HEREBY ORDERED** that the Santa Clara Main Jail provide

21  psychological, psychiatric, and medical records it currently maintains for inmate

22  VU NGUYEN VU to Dr. Lisa Hope at the Metropolitan Detention Center in Los

23  Angeles, California.

24

25

| | |
|---|---|
| 1 Dated._____ | |
| 2 | _____ |
| 3 | JEREMY FOGEL |
| 4 | United States District Judge |