MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-01-20154-LHK |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| VU NGUYEN VU, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Counts 22, 23, and 24 of the above Third Superseding Indictment without prejudice as to this defendant, and moves that the Court order that the defendant be released from the custody of the United States Marshal.

DATED: May 14, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

JEFF SCHENK
Assistant United States Attorney

NOTICE OF DISMISSAL (CR 01-20154)

Leave is granted to the government to dismiss Counts 22, 23, and 24 of the above Third Superseding Indictment without prejudice as to this defendant.  It is further ordered that the defendant be released from the custody of the United States Marshal.

Date: 5/18/2015

_____
LUCY H. KOH
United States District Judge

NOTICE OF DISMISSAL (CR 01-20154)